UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 3, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATEO ELIAS GUERRERO-GONZALEZ,

    Defendant.

Case No. 2:21-CR-00007-MCE-14

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MATEO ELIAS GUERRERO-GONZALEZ, Case No. 2:21-CR-00007-MCE-14 Charge 21 USC § 841, from custody for the following reasons: for the following reasons:

    ☐ Release on Personal Recognizance

    **X** Bail Posted in the Sum of $ _____

        **X** Unsecured Appearance Bond $ 25,000

        ☐ Appearance Bond with 10% Deposit

        ☐ Appearance Bond with Surety

        ☐ Corporate Surety Bail Bond

        **X** (Other): With pretrial supervision and conditions of release as stated on the record in court.

Issued at Sacramento, California on March 3, 2021 at 2:12 p.m.

Dated: March 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE