Eduardo Garnica, Esq.
Garnica Law Office, PC
2251 Florin Road, Suite 19
Sacramento, CA 95822
Telephone: (916) 617-0507
Email: eddie@eduardogarnica.com
Attorney for Mateo Elias Guerrero Gonzales

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0007-MCE |
| Plaintiff, | STIPULATION REGARDING ORDER TO MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MATEO ELIAS GUERRERO GONZALES, | |
| Defendant. | |

**STIPULATION**

The Defendant, Mateo Elias Guerrero Gonzales, by and through his counsel of record, and Plaintiff, the United States of America, by and through Assistant United States Attorney, David W. Spencer, hereby stipulate as follows:

1. On March 3, 2021, the Court ordered conditions of release for the Defendant.
2. The parties agree and stipulate, and request that the Court modify the conditions of release to add the following conditions:

   1. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
   2. You must participate in a program of medical or psychiatric treatment, including

treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

3. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

4. All prior orders not in conflict will remain in full force and effect.

3. Nothing in this stipulation and order shall be used or interpreted as an admission of lack of compliance with previous conditions of release.

IT IS SO STIPULATED.

Dated: July 27, 2021  /s/ Eduardo Garnica
Eduardo Garnica
Counsel for Mateo Elias
Guerrero Gonzales

Dated: July 27, 2021  /s/ David W. Spencer
David W. Spencer
Assistant United States Attorney

[PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this  28  day of July, 2021.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2