IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:21-cr-00007-DAD-14 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| MATEO ELIAS GUERRERO-GONZALEZ | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel. He made his initial appearance on June 30, 2026. The Federal Defender would like to panel this case.

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Danica Mazenko is appointed to represent the above defendant in this case effective *nunc pro tunc* to  July 2, 2026.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **July 2, 2026**                         _____

DALE A. DROZD

UNITED STATES DISTRICT JUDGE

-1-