DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Mateo Elias Guerrero-Gonzalez

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATEO ELIAS GUERRERO-GONZALEZ,<br><br>Defendant. | CASE NO.  2:21-CR-00007-DAD<br><br>**STIPULATION REGARDING CONTINUANCE OF PRELIMINARY HEARING ON TSR VIOLATION; [PROPOSED] ORDER**<br><br>CURRENT DATE: July 14, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Alison Claire<br><br>PROPOSED NEW DATE: August 4, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Sean C. Riordan |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, Mateo Elias Guerrero-Gonzalez, by and through defendant's counsel of record, hereby stipulate as follows:

1. On June 30, 2026, Defendant appeared for his Initial Appearance on the Petition for Warrant or Summons for Offender Under Supervision.  (*See* ECF 835).

2. By previous order, this matter was originally set for Preliminary Hearing on a TSR Violation on July 14, 2026, at 2:00 p.m. *Id.*

3. On July 6, 2026, new counsel was appointed for Mr. Guerrero.  Defense counsel requests additional time to prepare.

4. By this stipulation the parties now move to continue the currently scheduled Preliminary Hearing to August 4, 2026.

Stipulation and [Proposed] Order for Continuance of
Preliminary Hearing

5.    The parties agree and stipulate, and request that the Court find the following:

a)    Counsel for the defendant requires additional time to review the petition; and,

b)    Counsel for the government and the assigned United States Probation Officer do not object to the continuance.

6.    The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  July 9, 2026                               ERIC GRANT
                                                   United States Attorney

                                                   /s/ DAVID SPENCER
                                                   DAVID SPENCER
                                                   Assistant United States Attorney

Dated:  July 9, 2026                               /s/ DANICA MAZENKO
                                                   DANICA MAZENKO
                                                   Counsel for Defendant
                                                   MATEO ELIAS GUERRERO-
                                                   GONZALEZ

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  ____July 9, 2026____        _____
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order for Continuance of
Preliminary Hearing