DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Mateo Guerrero Gonzalez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATEO ELIAS GUERRERO-GONZALEZ,<br>Defendant. | CASE NO. 2:21-CR-00007-DAD-014<br>**STIPULATION TO VACATE PRELIMINARY HEARING ON TSR VIOLATION; ORDER**<br>CURRENT DATE: August 4, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Judge Sean C. Riordan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Mateo Guerrero-Gonzalez, by and through defendant's counsel of record, hereby stipulate as follows:

1. On June 30, Federal Defender Heather Williams appeared for Mr. Guerrero-Gonzalez on his Initial Appearance on the Petition for Warrant or Summons for Offender Under Supervision. ECF 835.

2. On July 6, 2026, the undersigned was appointed as relief counsel for Mr. Guerrero-Gonzalez. ECF 838.

3. After consultation with Mr. Guerrero-Gonzalez and the Government, counsel for the defense elected to vacate the preliminary hearing.

4. By this stipulation the parties now move to vacate the Preliminary Hearing currently scheduled for August 4, 2026.

5. The parties agree and stipulate, and request that the Court find the following:

a) Neither counsel for the government nor the assigned United States Probation Officer object to vacating the hearing.

b) All parties concede that the most prudent course is for the Court to vacate the preliminary examination and proceed to the Admit/Deny Hearing on August 10, 2026.

IT IS SO STIPULATED.

Dated: July 29, 2026

ERIC GRANT
United States Attorney

*/s/ DAVID SPENCER*
DAVID SPENCER
Assistant United States Attorney

Dated: July 29, 2026

*/s/ DANICA MAZENKO*
DANICA MAZENKO
Counsel for Defendant
Mateo Elias Guerrero-Gonzalez

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: July 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE